UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
IOWA CENTRAL DIVISION

---

| | |
|---|---|
| April Barrett, | Civil No.: 4:12-cv-051 |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Select Financial Services, Inc., | |
| Defendant. | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed with prejudice, and without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

**MARKS LAW FIRM, P.C.**

Dated: June 06, 2012    By    */s/* **L. Ashley Zubal**
L. Ashley Zubal (IS9998256)
4225 University Avenue
Des Moines, IA  50311
515-276-7211

*ATTORNEY FOR PLAINTIFF*

**NYEMASTER GOODE, P.C.**

Dated: June 06, 2012     By   */s/***Benjamin P. Roach**
                              Benjamin P. Roach (AT0006588)
                              700 Walnut, Suite 1600
                              Des Moines, IA 50309
                              T: (515) 283-8158
                              F: (515) 283-8045
                              bpr@nyemaster.com

                              *ATTORNEYS FOR DEFENDANT*